_____FILED     _____ENTERED
_____LODGED    _____RECEIVED

JUL 3 0 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA           :     CRIMINAL NO. RDB-19-0362

v.                                 :
                                   :     (Distribution of Heroin, 21 U.S.C. § 841)
ROBERT AUGUST SIECK,               :
   a/k/a Rob,                      :
                                   :
        Defendant                  :
                                   :
                                   :

....oOo....

## CRIMINAL INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about September 28, 2017, in the District of Maryland,

**ROBERT AUGUST SIECK,**
**a/k/a Rob,**

the defendant herein did knowingly, intentionally, and unlawfully distribute 100 grams or more of a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841

7-30-19
Date

_____
Rob K. Hur
United States Attorney